RECEIVED

FEB - 8 2018

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

| | |
|---|---|
| PATRICIA YVETTE WILSON _____ **NAME OF THE PLAINTIFF** - vs - DAVID SHULKIN, SECRETARY _____ DEPARTMENT OF VETERANS AFFAIRS _____ VA ALL OTHER OFFICES, AGENCY _____ _____ **NAME OF THE DEFENDANT OR DEFENDANTS** (Enter above the full name(s) of ALL defendant(s) in this lawsuit. Please attach additional sheets if necessary. | MSPB APPEAL TO FEDERAL COURT Docket No. CH1221-16-0612-W2 Case No.  560-2014-00385X  EEO AGENCY NO. 2003-0331-2013102302 JURY TRIAL DEMANDED YES _X_  NO ___ |

The left column items are separated by `)` parentheses from the right column.

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This employment discrimination lawsuit is based on (check only those that apply):

__X__ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

X____ Other (Describe)   WHISTLEBLOWER REPRISAL - DISCLOSURES AGAINST AGENCY

_____

_____

## PARTIES

2.   Plaintiff's name: __PATRICIA WILSON_____

Plaintiff's address: __PO BOX 645_____
<span> </span>Street address or P.O. Box

__BELLEVILLE, IL  62222_____
<span> </span>City/ County/ State/Zip Code

__(618) 772-1885_____
<span> </span>Area code and telephone number

3.   Defendant's name: __DAVID SHULKIN_____

Defendant's address: _____810 VERMONT AVE, NW_____
<span> </span>Street address or P.O. Box

__WASHINGTON, DC  20420_____
<span> </span>City/County/State/ Zip Code

__(202) 461-7000_____
<span> </span>Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.      If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

9700 PAGE BLVD            ST LOUIS                    MO            63132
(Street Address)             (City/County)              (State)   (Zip Code)

5.      When did the discrimination occur? Please give the date or time period:

May 2015

## ADMINISTRATIVE PROCEDURES

6.      Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

_____Yes      Date filed: _____

__X___ No

7.      Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

__X__Yes      Date filed: __December 2015_____

_____No

8.      Have you received a Notice of Right-to-Sue Letter?

_____Yes                              __X__ No

If yes, please attach a copy of the letter to this complaint.

9.      If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____   failure to hire me

_____   termination of my employment

__X__   failure to promote me

_____   failure to accommodate my disability

__X__   terms and conditions of my employment differ from those of similar employees

__X__   retaliation

__X__   harassment

__X__   other conduct (specify): Involuntary Demotion - Whistleblower Reprisal

for Disclosing Wrong Doings of SES and upper echelon at the VA Regional Office, St Louis, MO and Headquarters - VA Central Office to Former Under Secretary Alice Hickey March 2015.

_____

Did you complain about this same conduct in your charge of discrimination?

__X__ Yes                              _____ No

4

11.   I believe that I was discriminated against because of my (check all that apply):

_____   race

_____   religion

_____   national origin

_____   color

_____   gender

_____   disability

_____   age (my birth date is: _____ )

__X__   other:   Whistleblower Reprisal for Disclosing Wrong Doing of SES and upper echelon managers within Veterans Benefits Administration and Retaliation for Prior EEO activities.

Did you state the same reason(s) in your charge of discrimination?

__X__ Yes                    _____ No

12.   State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

1)  March 2015 - I disclosed Wrong Doings of the Agency to Former Under Secretary of Benefits, Allison Hickey - VA Central Office, Headquarters, Washington, DC
2) June 2015 - Former USB- Hickey investigated my allegations and found they had merit and then 'Mandated an Internal Investigation *Administrative Investigative Board regarding my allegations. (June 2015).
3)  Primary complaints were against Louise Wright - Education Officer.
4) July 2015 - Louise was Barred from the VA premises and Involuntary Forced to Pack up her office, removed from VA premises and reassigned to work under Robert Worley, Education Director, VA Central Office, Washington DC until completion of AIB investigation.
5) August 2015 - I disclosed to Mitzi Marsh, Director, Yvonne Hamilton, Robert Worley, Jaquetta Parker and Jeannie Daniels: Section Chief, Christina Carron 'hiding workload' causing undue delays in processing veterans claims as reprisal against me for filing an claim through Office of Special Counsel of Carron's 'illegal reassignment' from the National Call Center to the Education  Division and with 'no competitive vacancy announcement' and no documentation in HR of the 'illegal move'.

6) December 2015 - Filed an EEO Complaint against Jaquetta Parker, GS15 *(Acting Education Officer) and Jeannie Daniels, GS15 *(Acting Education Officer) of Sexual Harassment for sending out a mass email to the Division (including myself) of inappropriate video of themselves that was of a sexual nature and that I found to be offensive.

7) January 2016 - Less than 30 days of Filing EEO complaint of Sexual Discrimination against Jaquetta Parker and Jeannie Daniels, Robert Worley - Director of Education Service, VA Central Office (Headquarters), Washington DC issued me a Memorandum via Mitzi Marsh-Director VA Regional Office, St Louis, MO and Yvonne Hamilton-Assistant Director,VA Regional Office, St Louis, MO BANNING ME from Entering the Premises of the VA and INVOLUNTARILY REASSIGNING me to work from Directly Under Mr. Worley's Chain of Command (Education Division) remotely while on a Temporary Involuntary Detail to VA Central Office - Headquarters.

8) Worley BANNED ME visiting any Federal Building including VA Medical Center in St Louis, MO unless I had PRIOR APPROVAL from designated personnels in VA Central Office under his leadership / guidance to include receiving prior approval from Mitzi Marsh, Yvonne Hamilton and Stanton Nickens.

9.) Worley, Marsh, Nickens, Hamilton also REMOVED SUPERVISORY ACCESS to computer databases, TOTALLY DEACTIVATED my employee badge and 'No access to Elevators, Doors within the Building' and also BANNED COMMUNICATION of me with any other Veterans Benefits Administration employees. BANNED ME from visiting my Vietnam Veteran Uncle in ICU at the VA Hospital (John Cochran) without getting Prior Approval.

10.) January 2016 - I was FORCED to pack my ENTIRE OFFICE, and take all of my belongings home and I was FORCED to work REMOTELY FROM HOME. I was NEVER ADVISED WHY I was BANNED or NEVER ADVISED the reason for the TEMPORARY DETAIL -Just as Louise Wright was mandated in August 2015 due to 'disclosures / findings of the AIB investigation.

11) July 2016 - Robert Worley through Yvonne Hamilton and Mitzi Marsh issued me a Proposed Removal and Referenced Allegations to support their Adverse Personnel Actions that was NEVER DISCLOSED to me at anytime during Fiscal Year 2015 - Fiscal Year 2016.

12) Never advised FY15-FY16 that I was failing in my performance of duti4es. Never advised anytime in FY15-FY16 that I was in failing in my conduct as a supervisor. Allegations were never noted in my Coaching Sessions / Communications with my 1st Line Supervisor, Christina Carron at anytime thus FAILING to give me an opportunity to dispute any allegations of failures. NO CORRECTIVE PERIODS OF IMPROVEMENT - WERE EVER OFFERED; because all allegations in the Proposed Removal were NEVER - EVER PRESENTED TO ME UNTIL JUNE 2016 and I was caught off guard as this was the 1ST TIME - I was told by Carron or anyone in leadership that I had failed to meet performance expectations (Conduct / Performance / Failure to Follow Instructions)

13) August 2016 - Removal - mitigated down to Involuntary Demotion. I had supporting documentation to show allegations I was accused of were FALSE.

(Attach additional sheets as necessary).

14) Proposed Removal Charges - Directly CONFLICTS with my Performance Rating for FY15 and FY16 which I RECEIVED A PASSING (FULLY SUCCESSFUL) RATING. How Can I receive Adverse Action for my Performance and Conduct during the "Same Rating Period", FY15-FY16 where I received a Fully Successful Rating??? Adverse Actions were a Constructive Removal based on Whistleblower Reprisal for Disclosing Wrong Doings of VBA managers. Carron constructed false accusations against me along with Parker, Daniels, Hamilton, Marsh, Nickens and Worley as reprisal.

13.     The acts set forth in paragraph 12 of this complaint:

____X___ are still being committed by the defendant.

_____ are no longer being committed by the defendant.

_____ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

Restore me back to a GS12 grade position as Supervisor (or, similar or like positions) to include back pay with interest, payment of denied overtime (with interest), restored annual and restored sick leave due to medical caused by stress and anxiety (hostile - harassment in my work environment). Placement in the Leadership Development Program to increase opportunities of promotion due to blackballing and denied promotions.  Also, would like to be promoted to GS13 position for denied promotions at the GS13 level.  To be made whole with full applicable restitutions.

Signed this ___8___ day of ___February___, 2018.

_____
Signature of Plaintiff

Addtional Defendants: VA Regional Office
1) Jaquetta Parker - Education Officer
2) Jeannie Daniels - Education Officer
3) Mitzi Marsh - Director
4) Yvonne Hamilton, Asst. Director
5) Robert Worley, Director - Education
6) Christina Carron - Section Chief
7) Sharon Jordan - Section Chief
8) Stanton Nickens - Asst. Director