# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA YVETTE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18-CV-221 CDP |
| | ) | |
| DAVID SHULKIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Upon consideration of the information in plaintiff's financial affidavit, the Court finds that plaintiff has the financial means to pay the filing fee. As a result, the Court will deny the motion and order plaintiff to pay the statutory filing fee of $400.00 no later than twenty-one (21) days from the date of this Memorandum and Order. If plaintiff fails to pay the filing fee as ordered, the Court will dismiss this case without prejudice.

Accordingly

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall pay the filing fee of $400.00 **within twenty-one (21) days of the date of this Memorandum and Order**.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee as ordered, this case shall be dismissed without prejudice.

Dated this 20th day of February, 2018.

/s/ Catherine D. Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE